CLOSED, PROSE–NP, TRANSFER–OUT, TYPE I–FOIA

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:12–cv–00476–RMC

| | |
|---|---|
| VAUGHAN v. NATIONAL GUARD BUREAU et al | Date Filed: 03/26/2012 |
| Assigned to: Judge Rosemary M. Collyer | Date Terminated: 05/08/2012 |
| Cause: 05:552 Freedom of Information Act | Jury Demand: None |
| | Nature of Suit: 895 Freedom of Information Act |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**MICHAEL DEAN VAUGHAN**     represented by     **MICHAEL DEAN VAUGHAN**
2010 Scott Boulevard
Covington, KY 41014
(301) 365–8090
PRO SE

V.

**Defendant**

**NATIONAL GUARD BUREAU**

**Defendant**

**KY ARMY NATIONAL GUARD**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2012 | Ï 1 | COMPLAINT against KY ARMY NATIONAL GUARD, NATIONAL GUARD BUREAU ( Filing fee $ 350, receipt number 4616047079) filed by MICHAEL DEAN VAUGHAN. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 03/29/2012) |
| 03/26/2012 | Ï | SUMMONS (4) Issued as to KY ARMY NATIONAL GUARD, NATIONAL GUARD BUREAU, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 03/29/2012) |
| 03/26/2012 | Ï 2 | NOTICE OF RELATED CASE by MICHAEL DEAN VAUGHAN. Case related to Case No. 12–364. (jf, ) (Entered: 03/29/2012) |
| 05/08/2012 | Ï 3 | ORDER transferring case to U.S. District Court for the Eastern District of Kentucky. This case is closed. Signed by Judge Rosemary M. Collyer on 5/8/2012. (KD) (Entered: 05/08/2012) |
| 05/29/2012 | Ï | Case transferred out to the USDC for the Eastern District of Kentucky, pursuant to Court Order entered 05/08/2012. Sent to Court Electronically. (rdj) (Entered: 05/29/2012) |