...

# U.S. District Court Eastern District of Kentucky

# *Civil*
# *Case Assignment*

Case number **3:12-CV-34**

Assigned : Judge Danny Reeves
Judge Code : 4314

Assigned on 05/29/2012

Request New Judge .....