UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 12-34-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NATIONAL GUARD BUREAU and | ) | **ORDER OF DISMISSAL** |
| KENTUCKY ARMY NATIONAL | ) | |
| GUARD, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Michael Dean Vaughan having filed a motion to dismiss this action with prejudice, and the Court being sufficiently advised, it is hereby

**ORDERED** that Vaughan's Motion for Dismissal with Prejudice [Record No. 16] is **GRANTED**.  This action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

This 24th day of August, 2012.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge

-1-